Commonwealth *v.* Betz, Appellant.

Submitted September 17, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Blocker, Appellant.

Argued September 21, 1970. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.